1
2                    **UNITED STATES DISTRICT COURT**
                            **DISTRICT OF NEVADA**
3
   UNITED STATES OF AMERICA,                    2:23-mj-941-MDC
4
                    Plaintiff,                  **ORDER**
5
         vs.
6
   RICARDO AVALOS IRIVE,
7
                    Defendant.
8

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

    2.    The parties agree to the continuance.

    3.    The defendant is not currently detained pending trial and does not object to a continuance.

    4.    The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and complete investigation of the discovery materials being provided.

    5.    This is the first stipulation to continue filed herein.

    For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

**ORDER**

IT IS THERFORE ORDERED that the trial currently scheduled for April 17, 2024, at the hour of 9:00 a.m., be vacated and continued to June 26, 2024 at 9:00 am in LV Courtroom 3A.

DATED 8th day of _____April_____, 2024.

_____
MAXIMILIANO D. COUVILLER
UNITED STATES MAGISTRATE JUDGE

4